## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** <br> 6824 Lexington Avenue <br> Los Angeles, CA 90038 <br> <br> **BUZZFEED INC.,** <br> 111 East 18th Street, 13th Floor <br> New York, NY 10003 <br> <br>      Plaintiffs, <br> <br>      v. <br> <br> **U.S. DEPARTMENT OF JUSTICE,** <br> 950 Pennsylvania Ave NW <br> Washington, D.C. 20530 <br> <br> **CENTRAL INTELLIGENCE AGENCY,** <br> Office of Public Affairs <br> Washington, D.C. 20505 <br> <br> **OFFICE OF THE DIRECTOR OF** <br> **NATIONAL INTELLIGENCE,** <br> Washington, D.C. 20511 <br> <br>      **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **COMPLAINT**

1.     Plaintiffs, JASON LEOPOLD and BUZZFEED INC., bring this Freedom of Information Act suit to force Defendants U.S. DEPARTMENT OF JUSTICE ("DOJ"), CENTRAL INTELLIGENCE AGENCY ("CIA") and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE ("ODNI") to produce records regarding criminal referrals sent to DOJ concerning President Trump's potential campaign finance violation.

## PARTIES

2. Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

5. Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE ("ODNI") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552

## JURISDICTION AND VENUE

6. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

7. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## SEPTEMBER 26, 2019, FOIA REQUEST TO DOJ

8. On September 26, 2019, Plaintiffs submitted a FOIA request to DOJ's Criminal Division for the following records:

> 1) A copy of the criminal referrals (plural) sent to the Department of Justice Criminal Division by the Intelligence Community Inspector General and/or any other government agency or official mentioning or referring to a potential campaign finance violation by President Donald Trump. This referral was based on a whistleblower complaint a person in the intelligence community filed with the ICIG. This whistleblower alleged President Trump abused 'his office for personal gain' by asking the [P]resident of Ukraine during a phone call to investigate a political rival.
>
> 2) Any and all declinations to open up a formal criminal inquiry into the claims raised in the criminal referral involved President Trump.

Exhibit A.

9. Plaintiffs also requested expedited processing and a fee waiver for this request. Exhibit A.

10. On October 3, 2019, DOJ's Criminal Division acknowledged receipt of the request and assigned reference number CRM-300800192 to the matter. Exhibit B.

11. In that same letter, DOJ's Criminal Division granted Plaintiffs expedited processing. Exhibit B.

12. In response to Plaintiffs' status inquiry, on February 12, 2020, DOJ's Criminal Division stated that the request is "being processed on the expedited track and will be completed as soon as practicable." Exhibit C.

13. As of the date of this filing, DOJ has not issued a determination and has produced no records responsive to the request.

## SEPTEMBER 26, 2019, FOIA REQUEST TO ODNI

14. On September 26, 2019, Plaintiffs submitted a FOIA request to ODNI for "[a] copy of the criminal referrals (plural) sent to the Department of Justice Criminal Division by the Intelligence Community Inspector General and/or any other government agency or official mentioning or referring to a potential campaign finance violation by President Donald Trump. This referral was based on a whistleblower complaint a person in the intelligence community filed with the ICIG. This whistleblower alleged President Trump abused 'his office for personal gain' by asking the [P]resident of Ukraine during a phone call to investigate a political rival." Exhibit D.

15. Plaintiffs also requested expedited processing and a fee waiver for this request. Exhibit D.

16. On October 15, 2019, ODNI acknowledged receipt of the request and assigned reference number DF-2019-00321 to the matter. Exhibit E.

17. In that same letter, ODNI granted expedited processing. Exhibit E.

18. Between January 17, 2020, and February 20, 2020, Plaintiffs asked ODNI for an estimated completion date, but ODNI stated that it is "not able to give an exact time of completion" even though it granted expedited processing of the request. Exhibit F.

19. As of the date of this filing, ODNI has not issued a determination letter and has produced no records responsive to the request.

### OCTOBER 10, 2019, FOIA REQUEST TO CIA

20. On October 10, 2019, Plaintiffs submitted a FOIA request to CIA for "[a] copy of the criminal referrals (plural) the General Counsel of the CIA either sent to or verbalized to the Department of Justice mentioning or referring to a potential campaign finance violation by President Donald Trump. This referral was based on a whistleblower complaint a person in the intelligence community filed with the ICIG. This whistleblower alleged President Trump abused 'his office for personal gain' by asking the [P]resident of Ukraine during a phone call to investigate a political rival." Exhibit G.

21. Plaintiffs also requested expedited processing and a fee waiver for this request. Exhibit G.

22. On October 15, 2019, CIA acknowledged receipt of the request and assigned reference number F-2020-00108 to the matter. Exhibit H.

23. In that same letter, CIA granted expedited processing. Exhibit H.

24. As of the date of this filing, CIA has not issued a determination letter and has produced no records responsive to the request

### COUNT I – DOJ'S FOIA VIOLATION

25. The above paragraphs are incorporated herein.

26. DOJ and its component are federal agencies, subject to FOIA.

27. The requested records are not exempt under FOIA.

28. DOJ and its component have refused to produce the requested materials in a timely manner.

## COUNT II – ODNI'S FOIA VIOLATION

29. The above paragraphs are incorporated herein.

30. ODNI is a federal agency, subject to FOIA.

31. The requested records are not exempt under FOIA.

32. ODNI has refused to produce the requested materials in a timely manner.

## COUNT III – CIA'S FOIA VIOLATION

33. The above paragraphs are incorporated herein.

34. CIA is a federal agency, subject to FOIA.

35. The requested records are not exempt under FOIA.

36. CIA has refused to produce the requested materials in a timely manner.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that Defendants violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs;

v. award such other relief the Court considers appropriate.

Dated: February 26, 2020

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com