### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br>BUZZFEED, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>CENTRAL INTELLIGENCE AGENCY,<br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:20-cv-572-TJK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STATUS REPORT

The Parties hereby provide the Joint Status Report ordered by the Court, by Minute Order, on September 27, 2020. On September 25, 2020, the Parties submitted a Joint Status Report indicating that Defendants ODNI and DOJ had completed their searches, and had identified responsive records that were undergoing interagency consultation. The JSR indicated that that interagency consultation process would conclude within 60 days, and that thereafter all search and production would be complete for this case. Accordingly, on November 24, 2020, Defendants informed Plaintiffs that the interagency consultation process had concluded, and that Defendants would provide the final production this week.

The Parties respectfully request the opportunity to file a Joint Status Report regarding further proceedings no later than Friday December 11, 2020.

DATED: November 30, 2020`        Respectfully submitted,

                                          JEFFREY BOSSERT CLARK
                                          Acting Assistant Attorney General

                                          ELIZABETH J. SHAPIRO
                                          Deputy Director, Federal Programs Branch

                                          */s/ Christopher R. Healy*

CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendant*s

/s/ *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*